Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Robert S. Walters
Ruth R. Walters**
Debtor(s)

Bankruptcy Case No.: 16−20571−CMB

Chapter: 13
Docket No.: 74 − 73

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 29th of April, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 6/13/19.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **7/2/19 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **6/13/19.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                          Case No. 16-20571-CMB
Robert S. Walters                                               Chapter 13
Ruth R. Walters
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0315-2           User: dsaw                   Page 1 of 2                   Date Rcvd: Apr 29, 2019
                               Form ID: 408                 Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2019.
db/jdb         +Robert S. Walters,    Ruth R. Walters,    5041 Carolyn Drive,    Pittsburgh, PA 15236-2505
cr             +PNC Bank, National Association,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
cr             +VW Credit, Inc.,    14841 Dallas Parkway, Suite 300,    DALLAS, TX 75254-7883
14205502        AMERICAN EXPRESS CENTURION BANK,    C/O BECKET AND LEE LLP,    PO BOX 3001,
                 MALVERN, PA 19355-0701
14181304       +American Express,    POB 1270,   Newark, NJ 07101-1270
14181305       +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
14181306       +Amexdsnb,    9111 Duke Blvd,   Mason, OH 45040-8999
14181307       +Borough of Baldwin,    c/o Legal Tax Service,    714 Lebanon Road,    West Mifflin, PA 15122-1030
14181309       +Chase Card,    Po Box 15298,   Wilmington, DE 19850-5298
14295066        CitiBusiness Card,    POB 9001037,    Louisville, KY 40290-1037
14181310       +Citicard,    POB 9001037,   Louisville, KY 40290-1037
14247623        Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
14181312       +Disney,    POB 15153,   Wilmington, DE 19886-5153
14181315       +Mcydsnb,    9111 Duke Blvd,   Mason, OH 45040-8999
14246328       +PNC BANK N.A.,    P.O. BOX 94982,    CLEVELAND, OH 44101-4982
14246475       +PNC Bank, N.A,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14181316       +Pennsylvania American Water,    POB 371412,    Pittsburgh, PA 15250-7412
14181317       +Peoples Gas Company,    POB 535323,    Pittsburgh, PA 15253-5323
14181318       +Pnc Bank, N.A.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
14181319       +Pnc Mortgage,    Po Box 8703,   Dayton, OH 45401-8703
14181320       +Southwest,    POB 15298,   Wilmington, DE 19850-5298
14201266       +VW Credit Inc. dba Volkswagen Credit,    PO Box 9013,    Addison, Texas 75001-9013
14191829       +VW Credit Leasing Ltd,    PO BOX 9013,    Addison, Texas 75001-9013
14213204       +VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14197476       +E-mail/Text: csc.bankruptcy@amwater.com Apr 30 2019 02:42:46      American Water,    PO Box 578,
                 Alton, IL 62002-0578
14181308        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 30 2019 02:46:38
                 Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA 23238
14210346        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 30 2019 02:46:18
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14192457       +E-mail/Text: mrdiscen@discover.com Apr 30 2019 02:41:23      Discover Bank,
                 Discover Products Inc,    P.O. Box  3025,    New Albany Ohio 43054-3025
14181311       +E-mail/Text: mrdiscen@discover.com Apr 30 2019 02:41:23      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
14181313       +E-mail/Text: kburkley@bernsteinlaw.com Apr 30 2019 02:42:41      Duquesne Light Company,
                 Payment Processing Center,    Pittsburgh, PA 15267-0001
14248215       +E-mail/Text: kburkley@bernsteinlaw.com Apr 30 2019 02:42:41      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14181314       +E-mail/Text: bankruptcy@huntington.com Apr 30 2019 02:42:00      Huntington Mortgage Co,
                 7575 Huntington Park Dr,    Columbus, OH 43235-2600
14181321       +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2019 02:46:35      Syncb/Plcc,    Po Box 965024,
                 Orlando, FL 32896-5024
14185212       +E-mail/Text: bankruptcy@huntington.com Apr 30 2019 02:42:00      The Huntington National Bank,
                 P.O. Box 89424,    Cleveland, OH 44101-6424
14181323       +E-mail/Text: vci.bkcy@vwcredit.com Apr 30 2019 02:42:14      VW Credit, Inc.,
                 1401 Franlin Blvd.,    Libertyville, IL 60048-4460
14181322       +E-mail/Text: vci.bkcy@vwcredit.com Apr 30 2019 02:42:14      Vw Credit Inc,    1401 Franklin Blvd,
                 Libertyville, IL 60048-4460
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              PNC BANK NATIONAL  ASSOCIATION
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2          User: dsaw               Page 2 of 2             Date Rcvd: Apr 29, 2019
                              Form ID: 408             Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2019 at the address(es) listed below:
              Elizabeth Lamont Wassall    on behalf of Creditor   PNC Bank, National Association pabk@logs.com,
               ewassall@logs.com
              Gary William Short    on behalf of Debtor Robert S. Walters garyshortlegal@gmail.com,
               gwshort@verizon.net
              Gary William Short    on behalf of Joint Debtor Ruth R. Walters garyshortlegal@gmail.com,
               gwshort@verizon.net
              James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 8
```