**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ROBERT S. WALTERS<br>RUTH R. WALTERS<br>       Debtor(s)<br><br>Ronda J. Winnecour<br> Chapter 13 Trustee,<br>      Movant<br>    vs.<br>No Respondents. | Case No.:16-20571<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

    **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 26, 2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/21/2016 and confirmed on 3/29/16. The case was subsequently  Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 65,808.00 |
| Less Refunds to Debtor | 206.61 | |
| TOTAL AMOUNT OF PLAN FUND | | 65,601.39 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,700.00 | |
|    Trustee Fee | 2,821.88 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,521.88 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 39,386.98 | 0.00 | 39,386.98 |
|     Acct: 7881 | | | | |
|   PNC BANK NA | 124.76 | 124.76 | 0.00 | 124.76 |
|     Acct: 7881 | | | | |
|   VW CREDIT INC | 0.00 | 17,520.84 | 0.00 | 17,520.84 |
|     Acct: 5876 | | | | |
| | | | | 57,032.58 |
| **Priority** | | | | |
|   GARY W SHORT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT S. WALTERS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT S. WALTERS | 206.61 | 206.61 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GARY W SHORT ESQ | 3,700.00 | 3,700.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   VW CREDIT LEASING LTD | 1,738.30 | 1,738.30 | 0.00 | 1,738.30 |
|     Acct: 3911 | | | | |
|   VW CREDIT LEASING LTD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3911 | | | | |
| | | | | 1,738.30 |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY* | 74.76 | 0.78 | 0.00 | 0.78 |
|     Acct: 1091 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7781 | | | | |
|   AMERICAN EXPRESS CENTURION BNK | 1,788.72 | 18.62 | 0.00 | 18.62 |
|     Acct: 1007 | | | | |
|   AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6643 | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2186 | | | | |
|   LEGAL TAX SERVICE INC* | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 2906 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERI( | 4,115.03 | 42.84 | 0.00 | 42.84 |
| Acct: 6211 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7617 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0175 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3118 | | | | |
|   CITIBANK NA(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8890 | | | | |
|   DISCOVER BANK(*) | 1,778.89 | 18.52 | 0.00 | 18.52 |
| Acct: 1424 | | | | |
|   DISNEY CREDIT CARD/GECC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7617 | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 888.40 | 9.25 | 0.00 | 9.25 |
| Acct: 5493 | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 3,660.21 | 38.10 | 0.00 | 38.10 |
| Acct: 1071 | | | | |
|   AMERICAN WATER CO** | 152.19 | 1.58 | 0.00 | 1.58 |
| Acct: 1089 | | | | |
|   PNC BANK NA | 17,189.17 | 178.94 | 0.00 | 178.94 |
| Acct: 1368 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3118 | | | | |
|   SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7393 | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5358 | | | | |
| | | | | 308.63 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 59,079.51 |

| TOTAL | |
|---|---:|
| CLAIMED | 1,738.30 |
| PRIORITY | 124.76 |
| SECURED | 29,647.37 |

Date: 04/26/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    ROBERT S. WALTERS<br>    RUTH R. WALTERS<br>        Debtor(s)<br><br>    Ronda J. Winnecour<br>        Movant<br>       vs.<br>    No Repondents. | Case No.:16-20571<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                             BY THE COURT:

                                                             _____
                                                              U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-20571-CMB
Robert S. Walters                                                       Chapter 13
Ruth R. Walters
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 2           Date Rcvd: Apr 29, 2019
                              Form ID: pdf900         Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2019.
```
db/jdb         +Robert S. Walters,   Ruth R. Walters,    5041 Carolyn Drive,   Pittsburgh, PA 15236-2505
cr             +PNC Bank, National Association,   3232 Newmark Drive,    Miamisburg, OH 45342-5421
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,   225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
cr             +VW Credit, Inc.,   14841 Dallas Parkway, Suite 300,    DALLAS, TX 75254-7883
14205502        AMERICAN EXPRESS CENTURION BANK,   C/O BECKET AND LEE LLP,    PO BOX 3001,
                 MALVERN, PA 19355-0701
14181304       +American Express,   POB 1270,   Newark, NJ 07101-1270
14181305       +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
14181306       +Amexdsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
14181307       +Borough of Baldwin,   c/o Legal Tax Service,   714 Lebanon Road,   West Mifflin, PA 15122-1030
14181309       +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
14295066        CitiBusiness Card,   POB 9001037,   Louisville, KY 40290-1037
14181310       +Citicard,   POB 9001037,   Louisville, KY 40290-1037
14247623        Department Store National Bank,    c/o Quantum3 Group LLC,   PO Box 657,
                 Kirkland, WA  98083-0657
14181312       +Disney,   POB 15153,   Wilmington, DE 19886-5153
14181315       +Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
14246328       +PNC BANK N.A.,   P.O. BOX 94982,   CLEVELAND, OH 44101-4982
14246475       +PNC Bank, N.A,   3232 Newmark Drive,   Miamisburg, OH 45342-5421
14181316       +Pennsylvania American Water,   POB 371412,   Pittsburgh, PA 15250-7412
14181317       +Peoples Gas Company,   POB 535323,   Pittsburgh, PA 15253-5323
14181318       +Pnc Bank, N.A.,   1 Financial Pkwy,   Kalamazoo, MI 49009-8002
14181319       +Pnc Mortgage,   Po Box 8703,   Dayton, OH 45401-8703
14181320       +Southwest,   POB 15298,   Wilmington, DE 19850-5298
14201266       +VW Credit Inc. dba Volkswagen Credit,    PO Box 9013,   Addison, Texas 75001-9013
14191829       +VW Credit Leasing Ltd,   PO BOX 9013,   Addison, Texas 75001-9013
14213204       +VW Credit, Inc.,   PO Box 9013,   Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14197476       +E-mail/Text: csc.bankruptcy@amwater.com Apr 30 2019 02:42:45      American Water,   PO Box 578,
                 Alton, IL 62002-0578
14181308        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 30 2019 02:47:00
                 Capital One Bank Usa N,   15000 Capital One Dr,   Richmond, VA 23238
14210346        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 30 2019 02:46:37
                 Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
14192457       +E-mail/Text: mrdiscen@discover.com Apr 30 2019 02:41:23      Discover Bank,
                 Discover Products Inc,   P.O. Box  3025,   New Albany Ohio 43054-3025
14181311       +E-mail/Text: mrdiscen@discover.com Apr 30 2019 02:41:23      Discover Fin Svcs Llc,
                 Po Box 15316,   Wilmington, DE 19850-5316
14181313       +E-mail/Text: kburkley@bernsteinlaw.com Apr 30 2019 02:42:38       Duquesne Light Company,
                 Payment Processing Center,   Pittsburgh, PA 15267-0001
14248215       +E-mail/Text: kburkley@bernsteinlaw.com Apr 30 2019 02:42:38       Duquesne Light Company,
                 c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14181314       +E-mail/Text: bankruptcy@huntington.com Apr 30 2019 02:41:59      Huntington Mortgage Co,
                 7575 Huntington Park Dr,   Columbus, OH 43235-2600
14181321       +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2019 02:46:12      Syncb/Plcc,   Po Box 965024,
                 Orlando, FL 32896-5024
14185212       +E-mail/Text: bankruptcy@huntington.com Apr 30 2019 02:41:59      The Huntington National Bank,
                 P.O. Box 89424,   Cleveland, OH 44101-6424
14181323       +E-mail/Text: vci.bkcy@vwcredit.com Apr 30 2019 02:42:14      VW Credit, Inc.,
                 1401 Franlin Blvd.,   Libertyville, IL 60048-4460
14181322       +E-mail/Text: vci.bkcy@vwcredit.com Apr 30 2019 02:42:14      Vw Credit Inc,   1401 Franklin Blvd,
                 Libertyville, IL 60048-4460
                                                                                              TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              PNC BANK NATIONAL  ASSOCIATION
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: dsaw                  Page 2 of 2                  Date Rcvd: Apr 29, 2019
                              Form ID: pdf900             Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2019 at the address(es) listed below:
              Elizabeth Lamont Wassall    on behalf of Creditor    PNC Bank, National Association pabk@logs.com,
               ewassall@logs.com
              Gary William Short     on behalf of Debtor Robert S. Walters garyshortlegal@gmail.com,
               gwshort@verizon.net
              Gary William Short     on behalf of Joint Debtor Ruth R. Walters garyshortlegal@gmail.com,
               gwshort@verizon.net
              James Warmbrodt     on behalf of Creditor    PNC BANK NATIONAL    ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft     on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 8
```